**In the Matter of Edward V. HANLEY, Debtor.**

**Edward V. HANLEY v. PRUDENTIAL LIFE INSURANCE COMPANY.**

No. 5494.

Circuit Court of Appeals, Seventh Circuit.

June 18, 1935.

For opinion below, see 9 F.Supp. 463.

W. W. Whitmore, of Bloomington, Ill., for appellant.

George E. Drach, of Springfield, Ill., for appellee.

Before EVANS, SPARKS, and AL-SCHULER, Circuit Judges.

PER CURIAM.

Now this day come the parties and present and file a stipulation to dismiss appeal, which said stipulation is in the words and figures following: "It is hereby stipulated and agreed, by and between the respective parties herein, that the within proceedings for an appeal be, and the same are hereby, dismissed, without costs, all costs having been paid. This stipulation is subject to the approval of the court."

On consideration whereof, it is now here ordered, adjudged, and decreed by this court that this appeal be, and the same is hereby, dismissed, without costs, pursuant to the foregoing stipulation.

---

**In re HARRIMAN SECURITIES CORPORATION, Bankrupt.**

**LAND OBEROESTERREICH (UPPER PROVINCE OF AUSTRIA), Appellant, v. IRVING TRUST COMPANY, as Trustee in Bankruptcy, Appellee.**

No. 474.

Circuit Court of Appeals, Second Circuit.

June 10, 1935.

Wachtell, Manheim & Grouf, of New York City (Samuel R. Wachtell, of New York City, of counsel), for appellant.

Zalkin & Cohen, of New York City (Israel Akselrod, of New York City, of counsel), for appellee.

Before L. HAND, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Order (9 F.Supp. 860) affirmed on opinion below.

---

**Guy T. HELVERING, Commissioner of Internal Revenue, Petitioner, v. BALTIMORE & OHIO RAILROAD COMPANY, Respondent.**

No. 3921.

Circuit Court of Appeals, Fourth Circuit.

June 29, 1935.

Frank J. Wideman, Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and Robert H. Jackson, Asst. Gen. Counsel, Bureau of Internal Revenue, and E. C. Algire, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., for petitioner.

Hugh C. Bickford, of Washington, D. C., for respondent.

PER CURIAM.

On motion of petitioner, cause is docketed and dismissed. Order filed.

---

**Guy T. HELVERING, Commissioner of Internal Revenue, Petitioner, v. Luella S. BOUTON, Respondent.**

No. 3651.

Circuit Court of Appeals, Fourth Circuit.

Dec. 11, 1934.

Frank J. Wideman, Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and Robert H. Jackson, Asst. Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

George E. Elliott, of Washington, D. C., for respondent.

PER CURIAM.

Case dismissed under Rule 20 in accordance with agreement of counsel.

**Guy T. HELVERING, Commissioner of Internal Revenue, Petitioner, v. Luella S. BOUTON, Respondent.**

No. 3652.

Circuit Court of Appeals, Fourth Circuit.

Dec. 11, 1934.

Frank J. Wideman, Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and Robert H. Jackson, Asst. Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

George E. Elliott, of Washington, D. C., for respondent.

PER CURIAM.

Case dismissed under Rule 20 in accordance with agreement of counsel.

**Guy T. HELVERING, Commissioner of Internal Revenue, Petitioner, v. Edward H. BOUTON, Respondent.**

No. 3653.

Circuit Court of Appeals, Fourth Circuit.

Dec. 11, 1934.

Frank J. Wideman, Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and Robert H. Jackson, Asst. Gen. Counsel,

Bureau of Internal Revenue, of Washington, D. C., for petitioner.

George E. Elliott, of Washington, D. C., for respondent.

PER CURIAM.

Case dismissed under Rule 20 in accordance with agreement of counsel.

**Guy T. HELVERING, Commissioner of Internal Revenue, Petitioner, v. Edward H. BOUTON, Respondent.**

No. 3654.

Circuit Court of Appeals, Fourth Circuit.

Dec. 11, 1934.

Frank J. Wideman, Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and Robert H. Jackson, Asst. Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

George E. Elliott, of Washington, D. C., for respondent.

PER CURIAM.

Case dismissed under Rule 20 in accordance with agreement of counsel.

**Guy T. HELVERING, Commissioner of Internal Revenue, Petitioner, v. Robert GARRETT, Respondent.**

No. 3649.

Circuit Court of Appeals, Fourth Circuit.

Dec. 11, 1934.

Frank J. Wideman, Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and Robert H. Jackson, Asst. Gen. Counsel, Bureau of Internal Revenue, and George D. Brabson, Sp. Atty., Bureau of Internal